

RECEIVED

MAR 2 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

PATrick M. FelTHauser
Name

1255 N LiTTle BrooK LN

PaLMer, AK, 99645
Mailing address

(907) 746-3414
Telephone

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

PATrick michael FelTHauser ,
(Full name of plaintiff in this action)

Plaintiff,

vs.

United States ,

_____,

_____,

_____,

(Full names of ALL defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:07-CV-00043 RNRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

_____

_____

_____

Case 3:07-cv-00043-JWS   Document 1   Filed 03/28/07   Page 1 of 9

**B. Parties**

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of _Patrick M. Felthauser_,
(print your name)

who presently resides at _1255 N Little Brook LN Palmer AK, 99645_, were
(mailing address)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff

at _Anchorage VA Medical Center_ on the following dates: _3-23-2001_,
(place where violation occurred)    (Claim 1)

_____ and _____.
(Claim 2)             (Claim 3)

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Veterans Administration Employee_, is a citizen of
(name)

_Alaska_, and is employed as a _Records Clerk_.
(state)                    (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, _____, is a citizen of
(name)

_____, and is employed as _____.
(state)                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____, is a citizen of
(name)

_____, and is employed as a _____.
(state)                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Page 2 of 8

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: The following civil right has been violated: <u>Right To Privacy</u>

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

See Attachment

claim 1:

On March 20,2001 Mr. Patrick Felthauser signed an authorization requesting copies of

His VA medical records. His request was processed and mailed on March 23, 2001 to

A third party, who did not request them, has no legal right to them and is in no way

affiliated with the VA or any other health care system, furthermore the VA has no

record of the third party who received the medical records requested by Mr. Felthauser

whatsoever.


Mr. Patrick Felthauser received said VA medical records in October of 2005.


Mr. Patrick Felthauser has suffered severe emotional distress and mental anguish

resulting from this act of negligence as well as severe pain and suffering from a medical

condition that was diagnosed at the VA medical center in Anchorage Alaska. Mr. Patrick

Felthauser was not informed of the results of this diagnosis, which can be found in the

records referred to above, this severe condition remained untreated for a period of 4 to 5

years until diagnosed a second time.


This act of most gross negligence is in direct violation of the privacy act 5 U.S.C.§

552a(b), violates Mr. Patrick Felthauser's constitutional right to privacy, and is also a

HIPPA violation.

Claim 2:  The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

_____

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

Supporting Facts:  (Briefly describe **facts** you consider important to Claim 2.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2.  Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 4 of 8

<u>Claim 3</u>: The following civil right has been violated:_____

(e.g., due process, freedom of religion, free speech, freedom

_____
of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

<u>Supporting Facts</u>:  (Briefly describe **facts** you consider important to Claim 3.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name,** did to violate the right alleged in Claim 3.  Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Page 5 of 8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? _X_ Yes _____ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s): _PATrick M. FelTHauser_

Defendant(s): _UniTed States_

b. Name and location of court: _Federal DiSTrieT CourT_

_222 w 7TH Ave ANcHorage AK_

c. Docket number: _____

d. Name of judge to whom case was assigned: _____

e. Disposition: _____
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised: _ViOLaTiON OF THe Privacy act 5 U.S.C, § 552a(B)_

_Gross Negligence_

g. Approximate date case was filed: _3 - 28 - 07_

h. Approximate date of final decision: _____

**E. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) _____

_____

_____

_____

2. Damages in the amount of $ _15,000,000.00_____

3. Punitive damages in the amount of $_____

4. Declaratory judgment:_____

5. Attorney's fees, in the event plaintiff is or will be represented by counsel, of $_____

5. Other:_____

_____

_____

Plaintiff demands a trial by _____ Jury __X__ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_Patrick M. Felthauser_
**Plaintiff's Original Signature**

_PATRICK MicHael FelTHauser_
Plaintiff's Full Name

Executed at _____ on _3-28-07_____
(Location)                                      (Date)

Page 7 of 8

_____    _____
Original Signature of Attorney (if any)          (Date)

_____

_____

_____
Attorney's Address and Telephone Number

Page 8 of 8

Case 3:07-cv-00043-JWS   Document 1   Filed 03/28/07   Page 9 of 9